**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DONALD WILSON**                                                                                     **PETITIONER**

**v.**                                                     **No. 3:05CV78-M-A**

**WARDEN PARKER, ET AL.**                                              **RESPONDENTS**

## ORDER

This matter comes before the court on the *pro se* petitioner's three motions currently pending in this case. The motions at issue are the petitioner's:

(1) May 19, 2006, motion for contempt, arguing that the state has not provided the petitioner with enough documentation of the proceedings in state court,

(2) June 9, 2006, motion for the state to produce various documents, and

(3) June 30, 2006, motion to subpoena records from the state.

For the reasons set forth below, the instant motions shall be denied.

**Discussion**

The petitioner has amended his federal petition for a writ of *habeas corpus* approximately *fourteen times* in this case, including the times the petitioner has, without prior motion, filed various exhibits and supplements to the original petition. The state has now responded, and the court is ready to decide this case. The petitioner has, however, filed an interlocutory appeal of the court's April 26, 2006, order denying yet *another* amendment to the petition and denying the petitioner's request to expand the record. The court cannot decide the case overall until the Fifth Circuit has completed its review. The court can, however, resolve these three pending non-dispositive motions. As briefing in this case is complete, the petitioner's May 19, 2006, motion

for contempt, June 9, 2006, motion for production of documents, and June 30, 2006, motion to subpoena records from the state are hereby **DENIED**.

**SO ORDERED,** this the 29th day of April, 2006.

                <u>/s/ Michael P. Mills</u>
                **UNITED STATES DISTRICT JUDGE**